# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-2387

_____

Michael B. Mosley

*Plaintiff - Appellant*

v.

Dr. Unknown Fatoki; Deputy Lisa Miller, individually; Melissa Plunkett; Barbara Odem, individually; Gary Stolzer, individually

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: March 26, 2019
Filed: April 5, 2019
[Unpublished]

_____

Before BENTON, BOWMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, former inmate Michael B. Mosley appeals from the order of the District Court[1] granting summary judgment to defendants. Viewing the record in the light most favorable to Mosley and drawing all reasonable inferences in his favor, we conclude that the record did not establish a deliberate-indifference claim. See Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review). We affirm the judgment and deny as moot Mosley's pending motion for judicial notice.

_____

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.